UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CALEB CRABTREE AND ADRIANE CRABTREE                                    PLAINTIFFS

V.                                                CIVIL ACTION NO. 3:26-CV-96-DPJ-ASH

ALLSTATE PROPERTY & CASUALTY INSURANCE CO.,
CASEY COTTON, JENNIFER COTTON, JAKE BANKS, AND
FORMAN WATKINS & KRUTZ, LLP                                            DEFENDANTS

ORDER

Defendant Allstate Property & Casualty Insurance Co. removed this case from state court on February 9, 2026, citing improper joinder of non-diverse defendants.  Notice [1] at 2.  On February 17, Defendants Banks and Forman Watkins & Krutz, LLP filed a motion to dismiss [5] Plaintiffs' claims.  And on February 19, Casey and Jennifer Cotton also filed a motion to dismiss [10].

Then, on March 11, Plaintiffs filed a motion to remand [17], followed by a motion to stay [19] their obligation to respond to the pending motions to dismiss [5, 10] until the motion to remand is decided.  Banks and Forman Watkins file a response in opposition [21] to the motion to stay [19], which the Cottons joined [22], and Plaintiffs filed their reply [23].[1]

Having considered the parties' filings, the Court finds that the motion to stay [19] should be denied.  As the parties point out, judges within this district have both granted and denied similar motions, depending on the circumstances of the case.  *See Indep. of Patrick Farms Condo. Assoc. v. State Farm Fire & Cas. Co.*, No. 3:25-CV-965-TSL-RPM, Text-Only Order (S.D. Miss. Jan. 21, 2026) (granting motion to stay response to motion to dismiss pending a

---

[1] Allstate did not respond in opposition to the motion to stay [19], and the time to do so has passed.

ruling on the motion to remand); *Gulf Coast Pharms. Plus, LLC v. RFT Consulting, Inc.*, No. 1:24-CV-80-LG-RPM, Order [42] (S.D. Miss. Apr. 17, 2024) (granting motion to stay responses to motions to dismiss until jurisdiction is resolved) (signed by U.S. Magistrate Judge Robert P. Myers, Jr.); *Guerdan v. Cmty. Bank of Miss.*, No. 3:23-CV-556-KHJ-MTP, 2023 WL 6964755, at *1 (S.D. Miss. Oct. 20, 2023) (denying motion to stay briefing on motion to remand while awaiting decision on motion to consolidate in different case pending before different judge, noting that "having the motion fully briefed will allow the Court to rule expeditiously" if consolidation is denied); *Shree Hari, LLC v. Accelerant Specialty Ins. Co.*, No. 3:23-CV-597-KHJ-MTP, 2023 WL 6393878, at *1 (S.D. Miss. Sept. 29, 2023) (denying motion to stay response deadline and noting "[i]f the Court denies the request for remand, the Court can then rule expeditiously on the remaining motions if fully briefed").

Here, the motions to dismiss were filed three weeks before the motion to remand, and the remand motion is still not fully briefed. *See* Mar. 16, 2026 Text-Only Order (setting Allstate's response deadline as April 8); Resp. [24] (filed March 24, 2026) (Cotton Defendants' response to motion to remand). The Court prefers to have the motions to dismiss fully briefed; the motion to stay [19] is denied.[2]

Plaintiffs' responses to the motions to dismiss [5, 10] are due in fourteen (14) days.

**SO ORDERED AND ADJUDGED** this the 2nd day of April, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[2] The stay of discovery, entered March 12, 2026, remains in place.